SC:NR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ANDREW TEPFER,

        Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ DEC 15 2014 ★
BROOKLYN OFFICE

RESTITUTION ORDER

10 CR 600 (S-1)(DLI)

As part of the sentence imposed in the above-captioned case on defendant ANDREW TEPFER it is hereby ORDERED, as follows:

1. The defendant shall pay restitution to the victims of the offense of conviction, see 18 U.S.C. §§ 3663, 3663A(a)(2), in the amount of $12,716,668.00.

2. This restitution order is a lien in favor of the United States on all property and rights to property of the defendant, as provided in 18 U.S.C. § 3613(c). The liability to pay the restitution shall terminate as provided by 18 U.S.C. § 3613(b). See also 18 U.S.C. § 3613(f).

3. The names of the victims to whom restitution is owed and the losses sustained by each victim are as follows:

| Name | Loss Claimed |
|---|---|
| Cory Blanchard | $4,039.00 |
| Sukhvinder Bola | $8,175.00 |
| Jim Bolles | $36,816.00 |
| Russel (Rusty) Ellis | $12,803.00 |
| Edward Falkowski & Gail Neal | $100,439.00 |
| George B. Ingram | $23,230.00 |
| Brenda Ingram | $18,451.00 |
| Open Spaces LLC | $2,784.00 |
| Eric J. Johannsen | $3,716.00 |
| Aubrey Lobo | $4,760.00 |
| Douglass Netten | $31,479.00 |
| Victor Nodtvedt | $120,898.00 |
| Larry Roundtree | $13,878.00 |
| Conrad Trautman | $5,021.00 |
| Jorge Ubalde | $8,260.00 |
| John Arancio | $17,723.00 |
|  | $1,113.00 |
| Laura Arancio | $1,507.00 |
| Christina Arancio | $1,008.00 |

| | |
|---|---:|
| John LaDuca | $682.00 |
| Allan Danley | $52,096.00 |
| Norman L. Bills | $7,990.00 |
| Max " Motti" Wein | $9,286.00 |
| Steven J. Prins | $39,095.00 |
| | $22,425.00 |
| Kim Colebank | $109,449.00 |
| Andrea Spurr | $2,050.00 |
| Jerry Coggin | $1,278.00 |
| Larry A. Vick | $577.00 |
| | $1,614.00 |
| | $366.00 |
| Kevin W. Ring | $23,445.00 |
| | $13,370.00 |
| Daniel J. Laufer | $17,870.00 |
| | $16,336.00 |
| Tyler Vick | $567.00 |
| Joe M. Sowder | $218,407.00 |
| | $857,716.00 |
| Alice Sowder | $6,070.00 |
| AprilAnn Laduca | $9,639.00 |
| Calvin Gray | $250.00 |
| Janet Bredernitz | $81,315.00 |
| Elizabeth V. Baumgaertner | $43.00 |
| Douglass Seymour | $34,492.00 |

|   |   |
|---|---|
|   | $25,468.00 |
| Robert W. Long | $8,017.00 |
| Jason Mehl | $3,290.00 |
| Richard Hamilton | $109,218.00 |
| David A. Piecuch | $74,239.00 |
|   | $115.00 |
| Phyllis Saccoccio | $2,987.00 |
| Jeffrey Elkins | $14,917.00 |
| Donald Elkins | $3,470.00 |
| Jaymes Elkins | $4,845.00 |
| Diane S. Elkins | $70,811.00 |
| Phillip Justich | $2,453.00 |
| Virginia Washington | $5,051.00 |
| William C. D'alessandro | $50,399.00 |
| David Mansfield | $18,930.00 |
| Frank Rodriguez | $2,485.00 |
|   | $15,400.00 |
| Jeffrey Hughes | $2,868.00 |
| James F. Davis II | $417,778.00 |
|   | $39,000.00 |
| Robert S. Freeman | $98,502.00 |
| Brian Bradley | $19,754.00 |
|   | $15,143.00 |
| Victor J. Allgeier | $29,584.00 |
|   | $7,638.00 |

| | |
|---|---|
| Victor J. Allgeier for TTC Group | $250.00 |
| | $2,025.00 |
| Bill Alevrides | $35,246.00 |
| | $48,989.00 |
| Marissa Evanson | $1,463.00 |
| Gerard Banales | $8,203.00 |
| Mary Guiguis | $990.00 |
| Marvin Mansour | $9,960.00 |
| | $5,164.00 |
| Charlotte Oktavek | $43,353.00 |
| Gary L. Bradshaw | $21,505.00 |
| | $8,304.00 |
| Scott C. Davis | $147,050.00 |
| Ronald Homyak Jr. | $2,306.00 |
| Dana Shaw Maddox | $29,203.00 |
| Michael Ziemba | $1,485.00 |
| Jerry Green | $92,560.00 |
| Fred and Rosalynn Bulicek | $39,009.00 |
| Robert R. Charest | $179,567.00 |
| Alez Cruz | $3,567.00 |
| David Disanto | $46,177.00 |
| Charles and Dolores Digney | $10,542.00 |
| | $38,222.00 |
| Louis Ferrara | $135,075.00 |
| Matt Ferrara | $29,661.00 |

| | |
|---|---|
| Sherry Flotron | $309,355.00 |
|  | $210.00 |
| Roy S. Hubbard, Jr. | $70,974.00 |
|  | $9,808.00 |
| Gary M. Jacob | $62,156.00 |
|  | $9,104.00 |
| Renee L. Kirby | $5,561.00 |
| John J. Lynch | $1,052.00 |
|  | $7,785.00 |
|  | $1,383.00 |
| Theodore Nicholls | $19,008.00 |
|  | $22,785.00 |
| John and Nancy Odonnell | $10,822.00 |
|  | $86,820.00 |
| John Iver Pederson | $5,860.00 |
|  | $5,132.00 |
| Hayley Pemble | $3,500.00 |
| Dale Pickelman | $82,101.00 |
|  | $29,808.00 |
| Frank Ritchie | $2,000.00 |
| Pat Ritchie Sr. | $11,483.00 |
|  | $13,269.00 |
| Edward Sleeper | $7,596.00 |
|  | $5,461.00 |
|  | $118.00 |

| | |
|---|---|
| Arun V. Someshwar | $70,113.00 |
| John Scott Turner | $1,888.00 |
| Melissa Williams | $3,849.00 |
| Barry Wolpoff | $119,885.00 |
| | $24,493.00 |
| Stephen Ziemba | $1,956.00 |
| | $500.00 |
| Timothy Digney | $61,003.00 |
| | $1,281.00 |
| Jeffrey D. Weber | $3,917.00 |
| Wesley and Gail Layne | $66,762.00 |
| | $13,744.00 |
| Jeffrey Peacock | $9,610.00 |
| Krystal Caflin | $42,473.00 |
| | $51,763.00 |
| Joshua Saypol | $4,480.00 |
| Louis Rotunno | $138,604.00 |
| | $5,452.00 |
| Ronald W. Moore | $192,723.00 |
| Steve Young | $11,609.00 |
| Richard Peters | $11,900.00 |
| Daniel Coomes | $3,158.00 |
| William and Donna Gedeon | $6,861.00 |
| | $21,068.00 |
| Daniel Flotron | $19,286.00 |

| | |
|---|---|
| | $8,050.00 |
| | $2,360.00 |
| Daniel T. Berta | $18,345.00 |
| Nancy Berta | $1,634.00 |
| | $14,265.00 |
| | $210.00 |
| Lauri Pemble | $220.00 |
| | $2,280.00 |
| James and Maureen Moran | $22,394.00 |
| Byron and Mary Matthews | $139,727.00 |
| Steven and Christine Moran | $18,477.00 |
| | $9,551.00 |
| William Pemble | $243,897.00 |
| | $14,795.00 |
| Leland Markle | $95,145.00 |
| Paul Warga | $1,456.00 |
| | $165.00 |
| Michael Walbert | $16,617.00 |
| Jason Ivey | $118,057.00 |
| Anthony Nardella | $72,298.00 |
| Christine Moran | $14,675.00 |
| James Moran | $4,344.00 |
| Denise English | $4,764.00 |
| | $52,005.00 |
| | $5,190.00 |

| | |
|---|---|
| Raymond Lussier III | $4,230.00 |
| | $8,529.00 |
| Jerry McDonough | $117,654.00 |
| Jeffrey Hilbert | $1,162.00 |
| | $3,696.00 |
| Robert Cincotta | $526.00 |
| | $7,352.00 |
| Paul Lamanoca | $44,865.00 |
| Denise Kennedy | $21,764.00 |
| | $9,398.00 |
| Brady Pemble | $4,016.00 |
| | $5,178.00 |
| Craig C. Hively | $70,942.00 |
| Joseph Mealie | $13,325.00 |
| | $7,154.00 |
| Huy Hung Tran | $32,085.00 |
| | $3,990.00 |
| Nguyen Truc | $17,728.00 |
| | $2,031.00 |
| | $2,017.00 |
| Adrien W. Huwe | $7,149.00 |
| Robert Graziano | $7,995.00 |
| Ken Lorin | $10,440.00 |
| Khanh Tran | $1,110.00 |
| | $2,570.00 |

| | |
|---|---|
| James L. Packlaian | $72,026.00 |
| | $520,020.00 |
| | $5,210.00 |
| Tommy Ross | $147,800.00 |
| | $5,700.00 |
| Phat Huy Tran | $10,226.00 |
| | $23,534.00 |
| Xinh Duong Tran | $3,993.00 |
| Gregg Gossett | $86,109.00 |
| | $1,410.00 |
| Jon Serper | $38,012.00 |
| | $6,139.00 |
| Asher Lemel | $3,064.00 |
| | $5,968.00 |
| | $91,200.00 |
| Daniel Atieh | $1,504.00 |
| Anthony Caraciollo | $16,095.00 |
| B. Tony Towfighi | $57,398.00 |
| Steven Schlagbaum | $27,119.00 |
| Daniel Frascella, Jr. | $10,172.00 |
| | $4,287.00 |
| Ravinder Sharma | $60,570.00 |
| | $45,030.00 |
| Chad Torstenson | $46,249.00 |
| | $9,033.00 |

| | |
|---|---:|
| David G. Cota | $168,394.00 |
| | $9,036.00 |
| Kenneth Berman | $14,526.00 |
| | $22,276.00 |
| Rita Barber | $273.00 |
| | $283.00 |
| Lloyd Dwayne Swayze | $363,387.00 |
| Larry Leins | $148,742.00 |
| Robert J. Runck | $49,100.00 |
| | $3,610.00 |
| Timothy Greiner | $11,385.00 |
| Fernando Gutierrez | $8,315.00 |
| | $3,618.00 |
| Eliyahu Zangulsaz | $11,743.00 |
| | $11,194.00 |
| Yaacov Shemesh | $583,632.00 |
| | $228,929.00 |
| R. Andrew McLellan | $81,269.00 |
| Robert Winter | $12,878.00 |
| Alan Ford | $219,148.00 |
| | $126,302.00 |
| David A. Casey | $577,337.00 |
| | $775,201.00 |
| Scott Kitchens | $11,988.00 |
| Richard Markley | $920.00 |

| | |
|---|---|
| Brad Swanson | $43,454.00 |
| | $780.00 |
| David A. Piecuch | $82,640.00 |
| Wesley Darrel Whitley | $15,435.00 |
| | $10,317.00 |
| | $44,586.00 |
| Nelson Paganacci | $69,250.00 |
| Tim Butcher | $10,415.00 |
| Howard Eklove | $22,816.00 |
| Frank V. Martino | $123,720.00 |
| Michael J. Kelly | $ 4,789.00 |
| | $950.00 |
| Harry Klebanow | $22,708.00 |
| Matthew Poulson | $553.00 |
| | $193.00 |
| Travis Savant | $2,678.00 |
| Matthew Lind | $951.00 |
| | $5,776.00 |
| Ravindrar Malireddy | $25,829.00 |
| | $6,640.00 |
| Kenneth Goddard | $12,843.00 |
| Todd Dvorak | $53,093.00 |
| | $2,029.00 |
| Darlene Dvorak | $443.00 |
| Dana Kaldor | $4,293.00 |

|  | $7,155.00 |
| --- | --- |
| Kristopher Poulsen | $45,693.00 |
|  | $3,330.00 |
| Jeff Miller | $32,617.00 |
| Troy Forsgren | $11,094.00 |
| Jim Stanecki | $30,846.00 |
| Thomas Bartolomeo | $81,919.00 |
|  | $2,600.00 |
| Susan Welo | $16,115.00 |
|  | $4,006.00 |
| Julia Shumko | $32.00 |
|  | $7,922.00 |
| Patrick Sullivan | $150,854.00 |
| Dennis Fogell | $21,690.00 |
| Lisa K. Fogell | $41,608.00 |
| Barbara and Neil Graae | $66,530 |
| Total: | $12,716,668.00 |

The addresses of each of these victims are on file with the United States Probation Department.

4. To the extent that the restitution remains unpaid:

   a. While under the supervision of the United States Probation Office, the defendant shall pay at least 10% of his gross monthly income.

   The amounts set forth in subparagraphs a. above is subject to subsequent revision by the Court as provided by 18 U.S.C. § 3664(k).

13

5.  The defendant shall notify the Court and the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution. See 18 U.S.C. § 3664(k). In addition, as a condition of probation, the defendant shall make complete and periodic financial disclosure as directed by the Court in consultation with United States Probation Department.

6.  If the defendant knowingly fails to pay the restitution required by this Order or by law he will be subject to one or more of the actions permitted by 18 U.S.C. §§ 3613A (Effect of Default) including re-sentencing pursuant to 18 U.S.C. § 3614. See also 18 U.S.C. § 3615 (Criminal Default).

7.  Payment of the restitution shall be made to the Clerk of the Court for the Eastern District of New York. Any restitution funds paid by the defendant pursuant to this Order shall be distributed by the Clerk of the Court to each victim identified above, following a pro rata distribution.

8.  This Order is entered after the Court has fully considered the factors set forth in 18 U.S.C. §§ 3663 and 3664 that are applicable to this defendant.

9. This Order is part of the sentence and shall be included in the judgment.

Dated: Brooklyn, New York
December 12, 2014

                                         s/Dora L. Irizarry

                                       HONORABLE DORA L. IRIZARRY
                                       UNITED STATES DISTRICT JUDGE
                                       EASTERN DISTRICT OF NEW YORK