Brian Bradley

December 27, 2016

The Honorable Dora L. Irizarry
The United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

DIR

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 03 2017 ★

BROOKLYN OFFICE

Received
In Chambers of:
Chief U.S. District Judge
DORA L. IRIZARRY

JAN -3 2017

Dear Judge Irizarry,

I'm writing to you to follow up on total restitution collected regarding the Spongetech restitution. I emailed Tamara Williams at the Department of Justice on December 20, 2016 inquiring about total collections. She responded with the following information-

> Seymour Eisenberg - Last payment was received on 11/14/16. He has paid his $300 special assessment fee, and has paid a total amount $7,535.70 towards his restitution, to date.
>
> Steven Moskowitz - Last payment was received on 11/30/16. He has paid his $200 special assessment fee and has paid a total amount of $3,510 towards his restitution to date.
>
> Andrew Tepfer - Last payment was made on 12/7/16. He has paid his $300 special assessment fee, and has paid a total amount of $354 towards his restitution to date.
>
> The total amount all three defendants have paid towards their j/s restitution obligation is $11,399.70.
>
> Usually, the Clerk's office distributes to victims when there is enough to send, at least a $50 check to each restitution

I honestly don't understand these figures. There's $12,000,000 of restitution that's owed to the investors and only $11,399.70 has been paid since the restitution order was put in place in 2015. As we go into 2017, I'm just wondering what exactly is going on with this restitution? Is this a punishment or is this like a church offering? For the amounts owed in restitution, monthly payments should be at least $1,000-$2,000 per month for each individual. There's no reason these payments are so ridiculously low thus far. If each defendant pays $2,000 a month, that would be $72,000 a year in collections on the restitution. In 10 years, total collections would be $720,000 which is only a fraction of the outstanding debts owed. Therefore, it is necessary to collect more monthly in order to pick up speed and reach our goal of collecting $12,000,000. Going a little further in my analysis, you can see that in 30 years total payments would be $2,160,000 if payments stay consistent at $2,000 a month per defendant. In summary, it's impossible to reach $12,000,000 with a payment of $2,000 a month per defendant but at least a real restitution payment is made. Please adjust the payment schedule so we can at least hit a fraction of the restitution goal in the next 30 years. If we can't get the payments up to where they need to be, I will be writing a letter to Donald Trump at the White House explaining that this restitution is one

of the pieces of the legal system that needs to be fixed. If they don't go to jail they need to pay real money for this White Collar Crime nonsense. In general, I think White Collar crime punishments are under punished and aren't harsh enough to deter criminal actions. If you have any questions about this letter you can always contact me via email or cell. Thank You.

Sincerely,

Brian Bradley

Email: bradley735@hotmail.com

Cell: 626.824.3345